# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADA ALBORS GONZALEZ,**

    *Plaintiff*,

v.                                              Case No.: 4:20cv286-MW/MJF

**JUAN ALBERTO ALBORS HERNANDEZ, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 74. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 74, is **accepted and adopted** as this Court's opinion. The United States District Court for the District of Puerto Rico is the proper venue for this case. Accordingly, this case is **TRANSFERRED** to the United States District Court for the District of Puerto Rico. The Clerk shall take all steps necessary to effect the transfer. Plaintiff's motion for leave to amend the complaint does not overcome the finding that the proper venue is in Puerto Rico.

Accordingly, Plaintiff's motion to amend the complaint, ECF No. 75, is **DENIED**.

The Clerk shall close the file.

    **SO ORDERED on August 10, 2021.**

                                          <u>**s/Mark E. Walker**</u>
                                          **Chief United States District Judge**